# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LATASHA R. ARMSTEAD,

                    Plaintiff,

v.

SGT MOLINA, CO BRAUN, CPT WENZEL, and LANITA DOTSON,

                    Defendants.

Case No. 17-CV-483-JPS

**ORDER**

On May 24, 2017, the Court received the plaintiff's notice of voluntary dismissal of this action. (Docket #7). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #7) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 30th day of May, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge